SCANNED at BCF and Emailed

4/6/26 by Pn - 4 pages.
(date)  (initials)  (num)

Name: DARREN ARMSTEAD
DOC #863605, Loc: D-2-18
Branchville Correctional Facility
21390 Old State Road 37
Branchville, Indiana 47514

**FILED**

**04/06/2026**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No.3:25-cv-00151-MPB-CSW

DARREN ARMSTEAD )
          Plaintiff(s) )
           )
           )
v. )
           )
           )
MITCHELL, Superintendent. )
Lloyd Arnold, Commissioner of I.D.O.C. )
Zach Branham, Chow Hall Supervisor )
          Defendant(s) )

The Motion is **DENIED**. The Clerk issued a Notice of Lawsuit and Waiver upon Zach Branham on February 5, 2026.

The Clerk is directed to send Plaintiff copies of Dkts. 22 and 23 with a copy of this Order.

Crystal S. Wildeman
U.S. Magistrate Judge
April 16, 2026

Distributed via U.S. Mail to:
DARREN E. ARMSTEAD
863605
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
21390 Old State Road 37
BRANCHVILLE, IN 47514

### MOTION FOR SERVICE OF PRO[CESS]

On December 11th, 2025, the Court screened A[rmstead] ... [December] 19th, 2025, Dkt. [2], applicable forms (Notice of Lawsuit an[d] ... of Summons and Wavier of Service of Summons).

The Court directed the Clerk to served Process ... [in] light of the Court's February 3rd, 2026, Order, Dkt. [19], and u[pon De]fendant Zach Branham's last name.

"This request from the Plaintiff to the Court that Mr. Zach Branham [he] still has not and refused to comply to the Court Ordered of Dkt. [14, 15, and 19] and the Plaintiff request this Court served Mr. Zach Branham by [S]ummons to his place of work, and have the Marshals hand deliver it to the Indiana Department of Correction as he is a Employee at Branchville Correctional Facility.

Plaintiff express the last attempt of February 4th, 2026, and the failure of Mr. Zach Branham to reply by Waiver of Service has failed even though he was given 62 days to respond, and his failure to respond should resort in a "Request from the Armstead to this very Court to enter an Entry of Default Judgment against him". Plaintiff request "SUMMONS" to be served and this will be Mr. Zach Branham third attempt to Answer Plaintiff Complaint.

## CERTIFICATE OF SERVICE

I, Darren E. Armstead hereby certify that on this day the 6 , of April 2026, a true and complete copy of the foregoing document MOTION FOR SERVICE OF PROCESS AND SUMMONS was file with the Court using the CM/ECF system and was served electronically upon all counsel of record via generated by the Court's ECF system addressed to the following:

DARREN E. ARMSTEAD